UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

```
*****************************************************************************
                                          *
UNITED STATES OF AMERICA,                 *      CIV 20-4084
                                          *
         Plaintiff,                       *
                                          *
    vs.                                   *
                                          *      ORDER
CHAMBERLAIN SCHOOL DISTRICT,              *
JIM ANDERSON, JAY BLUM,                   *
JERRI ANN HAAK, ERIC MILLER,              *
JOEL PAZOUR, ANNETTE PRIEBE, and          *
KEITH REUER, in their official capacities *
as members of the Chamberlain School      *
Board,                                    *
                                          *
         Defendants.                      *
                                          *
*****************************************************************************
```

The Complaint in this case was filed on May 27, 2020, alleging that the at-large method of electing the Chamberlain School Board resulted in a violation of Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. On May 28, 2020, the parties filed a Joint Motion for Entry of Consent Decree, asserting that the Consent Decree resulted in a method of election that complies with Section 2 of the Voting Rights Act.

On June 18, 2020, this Court signed and entered the Consent Decree. Paragraph 18 of the Consent Decree provides that it will expire after three election cycles from the date on which the Board either 1) adopts a new redistricting plan based on the 2020 Census, or 2) informs the United States in writing that it has determined that no changes to the plan are necessary based on the 2020 Census. In paragraph 19 of the Consent Decree, this Court agreed to accept continuing jurisdiction over this matter to enforce the provisions of the Decree.

There appears to be no reason at this time to maintain this file as an open one for statistical purposes, and this file will be administratively closed. Accordingly,

**IT IS ORDERED:**

1. That this case is administratively closed and will be reopened should further proceedings become necessary;

2. That nothing in this Order shall be considered a dismissal or disposition of this case, and any party may initiate further proceedings if they become necessary; and

3. That the Court retains jurisdiction over this matter to enforce the provisions of the Consent Decree and for such further relief as may be appropriate.
.

Dated this 22nd day of February, 2021.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____